In the Matter of the Accounting of DAVID ROTHSCHILD, as Administrator of the Estate of WILLIAM WEISELL, Deceased.
BANKERS' SURETY COMPANY, Appellant; ISAAC FRANK, Respondent.

*Matter of Weisell*, 116 App. Div. 917, affirmed.
(Argued May 20, 1907; decided June 4, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 21, 1906, which affirmed an order of the New York County Surrogate's Court denying the petition of the appellant herein for an order directing the respondent to pay over moneys of the above estate alleged to have been received by him or directing that he be made a party to the accounting.

*Henry White* for appellant.

*Joseph M. Proskauer* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.